# United States Bankruptcy Court
## Eastern District of Michigan

In re  Denise E. Daley                                    Case No.  14-59461
                   Debtor(s)                              Chapter   7

# NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7

PLEASE TAKE NOTICE that on   03/10/2015  , the above-captioned Chapter 13 case was converted to Chapter 7 pursuant to 11 U.S.C. §1307(a) and Federal Rule of Bankruptcy Procedure 1017(f)(3).

Date  March 10, 2015                Signature  /s/ Denise E. Daley
                                               Denise E. Daley
                                               Debtor

Attorney  /s/ Alan S. Ells
          Alan S. Ells P23474

ALAN S. ELLS PLLC
ATTORNEY FOR DEBTOR
1842 GILBERT STREET
SAGINAW MI 48602
(989) 798-6631
asells26@gmail.com